IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA



UNITED STATES OF AMERICA

V.　　　　　　　　　　　　　　　CASE NO.: 1:11-cr-00092-01

RAYMOND C. DAWSON,
　　　　*Defendant*

## DEFENDANT'S MOTION FOR CONTINUANCE

Now comes Defendant, by counsel, and moves the Court to continue the sentencing date in this matter from Thursday, August 25, 2100, at 10:00 a.m.

Defendant was, on or about July 29, 2011, flown to Wellmont Bristol Regional Medical Center, in Bristol, Tennessee, after experiencing chest pains. He has been fitted with a "Life Vest" with an attached defibrillator.

His physician, Dr. Andrew M. Cross, plans surgery to implant a permanent defibrillator in about three months, and desires to monitor Mr. Dawson regularly meanwhile.

Defendant has congestive heart failure and is subject to a possible heart attack at any time. Such would be fatal. His heart is thirty percent non-functioning.

Wherefore, Defendant respectfully moves the Court to continue the sentencing hearing in this matter.

Asst. United States Atty. Philip Wright, Esq., does not oppose this motion.

-2-

/s/ Steve Mancini

Steve Mancini
Counsel for Defendant
WV State Bar ID#: 5921
P.O. Box 5514
Beckley, WV 25801
304-256-8388

## CERTIFICATE OF SERVICE

This is to certify that the undersigned has served, by fax, sent today, Aug. 19, 2011, a true and accurate copy of the foregoing *Defendant's Motion for Continuance* upon the following:

Philip Wright, Esq.
United States Atty.'s Office
P.O. Box 1713
Charleston, WV 25326
Fax: 304-347-5108

J. Alexander Alvarez
Senior U. S. Probation Officer
601 Federal St., Rm. 3302
Bluefield, WV 24701
Fax: 304-325-5196

Steven K. Mancini
*Counsel for Defendant*
State Bar ID#: 5921
P.O. Box 5514
Beckley, WV 25801
(304) 256-8388